NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LESLEY VOWELS,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2025-1606

---

Appeal from the United States Court of Federal Claims in No. 1:25-cv-00064-RMM, Judge Robin M. Meriweather.

---

**O R D E R**

Upon consideration of the court's July 14, 2025 Notice of Non-Compliance and Lesley Vowels's failure to submit a compliant appendix,

IT IS ORDERED THAT:

(1) This appeal is dismissed for failure to prosecute. Fed. Cir. R. 30(a)(5).

(2)  All pending motions are denied as moot.

FOR THE COURT



October 2, 2025
Date

Jarrett B. Perlow
Clerk of Court